IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

**MICHAEL DUCHELLE GREEN,**

    Plaintiff,

v.                            Civil Action No. **3:11CV51**

**ERNEST TONEY, et al.,**

    Defendants.

**MEMORANDUM OPINION**

By Memorandum Order entered on March 2, 2011, the Court conditionally docketed Plaintiff's action. The Memorandum Order warned Plaintiff that he must immediately advise the Court of his new address in the event that he is transferred or relocated. On July 19, 2011, the July 11, 2011 Memorandum Order was returned to the Court by the United States Postal Service marked, "RETURN TO SENDER" and "ADDRESSEE UNKNOWN." Plaintiff's failure to keep the Court apprised of his current address indicates his lack of interest in prosecuting the present action. See Fed. R. Civ. P. 41(b). Accordingly, the action will be DISMISSED WITHOUT PREJUDICE.

The Clerk is DIRECTED to send a copy of the Memorandum Opinion to Plaintiff.

It is so ORDERED.

                                              /s/      REP
                                       Robert E. Payne
                                       Senior United States District Judge

Date: August 25, 2011
Richmond, Virginia